### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**STEVE ALLEN**                                                                                     **PLAINTIFF**

**V.**                                                                              **NO. 4:19-CV-165-DMB-RP**

**GRENADA RAILROAD, LLC, et al.**                                                   **DEFENDANTS**


### ORDER

On July 7, 2020, the parties filed a "Stipulation of Dismissal by Reason of Settlement," signed on behalf of all parties who have appeared in this case, stipulating that "the action is DISMISSED without prejudice." Doc. #36. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 9th day of July, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**